IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES C. PEARSON, SR., #K8033                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 3:07-cv-381-HTW-LRA

STATE OF MISSISSIPPI and FRANKLIN BREWER              RESPONDENTS

ORDER TRANSFERRING THIS CAUSE TO THE EASTERN DIVISION

Upon review of the petition filed pursuant to 28 U.S.C. § 2254, it has come to the attention of this Court that this cause should be transferred to the Eastern Division of the United States District Court for the Southern District of Mississippi. The plaintiff is challenging his conviction from Clarke County, located in the Eastern Division of this district. Accordingly, it is

ORDERED:

That this cause be transferred to the Eastern Division of the United States District Court for the Southern District of Mississippi. The Clerk is directed to notify the petitioner in writing of the Eastern Division case number assigned to this action.

SO ORDERED this the 9th day of July, 2007.

                                                 *s/Linda R. Anderson*
                                    UNITED STATES MAGISTRATE JUDGE